**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MIDWEST ENERGY EMISSIONS CORP.,

Plaintiff,

v.

AMEREN CORP. and UNION ELECTRIC CO. (d/b/a AMEREN MISSOURI),

Defendants.

Case No. 4:24-cv-00980

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR EXTENSION TO FILE STATUS REPORT FOLLOWING MDL REMAND**

Pursuant to the Court's October 14, 2026, Order for a Joint Scheduling Plan, the Court ordered the parties to file a Joint Status Report following the MDL remand. The parties respectfully request a one-day extension to comply with this order.

Earlier today, Microsoft experienced a significant failure of its Outlook and Microsoft 365 services. https://www.wired.com/story/major-microsoft-outlook-outage-hits-365-customers-north-america/. This fact, coupled with the fact that law firm security policies make it difficult to exchange electronic documents without using Microsoft services, have hindered the parties' abilities' to finalize today's filing. Accordingly, the parties believe that good cause exists for an extension and respectfully request that the Court extend the joint notice deadline to November 13, 2026.

DATED: November 12, 2026

*/s/ Justin T. Nemunaitis*

Bradley W. Caldwell (EDMO #24040630T)
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Justin T. Nemunaitis (admitted *pro hac vice*)
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Richard A. Cochrane (admitted *pro hac vice*)
Texas State Bar No. 24116209
Email: rcochrane@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF MIDWEST ENERGY EMISSIONS CORP. (N/K/A BIRCHTECH CORP.)**

Respectfully submitted,

*/s/ Syed K. Fareed*

Syed K. Fareed (EDMO #24065216TX)
**MCDERMOTT WILL & SCHULTE LLP**
300 Colorado Street, Suite 2200
Austin, TX 78701
sfareed@mcdermottlaw.com
(512) 726-2579
(512) 532-0002 (facsimile)

Richard B. Walsh, Jr., 33523
Robert M. Evans, Jr., 35613
Kathleen M. Petrillo, 45534
Michael J. Hartley, 55057
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
rwalsh@lewisrice.com
(314) 444-7722
(314) 612-7722 (facsimile)

**ATTORNEYS FOR DEFENDANT UNION ELECTRIC CO. D/B/A AMEREN MISSOURI**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Justin Nemunaitis*
Justin T. Nemunaitis